UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIENG KIM KHIM,

             Petitioner,

   v.

PAMELA BONDI, et al.,

             Respondent.

CASE NO. 2:25-cv-02383-RSL-BAT

**REPORT AND RECOMMENDATION**

Petitioner, a detainee at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC"), filed a petition for writ of habeas corpus and an application to proceed *in forma pauperis* (IFP). Dkts. 1, 2. Petitioner's facility trust account statement shows Petitioner has $468.86 in his account, and thus the ability to pay the $5.00 fee for filing a federal habeas petition. The Court accordingly recommends:

    1.    Petitioner's IFP application (Dkt. 1) be denied.

    2.    Petitioner be directed to pay the $5.00 filing fee within 14 days of adoption of this report and recommendation, or the matter will be dismissed without prejudice.

    2.    The clerk shall provide a copy of this report to Petitioner.

REPORT AND RECOMMENDATION - 1

1    This Report and Recommendation is not an appealable order. Therefore, Petitioner
2    should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit
3    until the assigned District Judge enters a judgment in the case.
4    Objections, however, may be filed no later than **December 10, 2025.** The Clerk shall
5    note the matter for **December 12, 2025**, as ready for the District Judge's consideration. The
6    failure to timely object may affect the right to appeal.

8    DATED this 26th day of November, 2025.

              _____
              BRIAN A. TSUCHIDA
              United States Magistrate Judge

REPORT AND RECOMMENDATION - 2