UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIENG KIM KHIM,<br><br>      Petitioner,<br><br> v.<br><br>PAMELA BONDI, et al.,<br><br>      Respondent. | CASE NO. 2:25-cv-02383-RSL-BAT<br><br>**ORDER** |

Having reviewed, *de novo*, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

Petitioner has paid the filing fee. The Court declines to adopt the Report and Recommendation, which is now moot.

Dated this 1st day of December, 2025.

ROBERT S. LASNIK
United States District Judge

ORDER - 1