UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIENG KIM KHIM,<br><br>                Petitioner,<br><br>   v.<br><br>PAMELA BONDI, et al.,<br><br>                Respondent. | CASE NO. 2:25-cv-02383-RSL-BAT<br><br>**ORDER GRANTING MOTION TO SET BRIEFING SCHEDULE, DKT. 6, DENYING REQUEST TO TERMINATE REFERRAL, AND DIRECTING SERVICE** |

Petitioner, a detainee of the Northwest Immigration Detention Center, seeks § 2241 habeas relief. The Court having reviewed the record **ORDERS**:

1. If not previously accomplished, electronic posting of this Order and Petitioner's petition shall effect service upon the United States Attorney of the complaint and all supporting documents. Service upon the United States Attorney shall be deemed to be service upon all defendants. The clerk shall also email a copy of this order to the United States Attorney for this district at usawaw.habeas@usdoj.gov.

2. On November 25, 2025, Petitioner's counsel moved the Court to set a briefing schedule and indicated the United States does not oppose his proposal that Respondents file their responsive brief within 14 days of receipt of the petition. Dkt. 6. Although it is unclear to the Court whether the United States has already received the petition, the Court assumes it has, at

least as of November 25, 2025. The Court accordingly directs Respondents to file its response to the habeas petition no later than **December 9, 2025.** Any reply by Petitioner shall be filed by **December 15, 2025.** The Clerk shall note the matter for **December 16, 2025**, for the Court's consideration.

    3.    The Court **DIRECTS** Respondents not to transfer Petitioner out of the district or remove him pending the outcome of this action.

    4.    The Court **DENIES** Petitioner's request to terminate the referral to the undersigned United States Magistrate Judge. Petitioner requests termination to expedite this matter but the matter is being addressed expeditiously and consistent with Petitioner's briefing schedule request. The parties are, of course, free to consent to the undersigned United States Magistrate Judge and if they decide to consent, they should advise Judge Tsuchida's Courtroom Deputy Andy Quach at Andy_Quach@wawd.uscourts.gov. no later than December 8, 2025.

DATED this 2nd day of December, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO SET BRIEFING
SCHEDULE, DKT. 6, DENYING REQUEST TO
TERMINATE REFERRAL, AND DIRECTING SERVICE
- 2