# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIENG KIM KHIM,<br><br>               Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>               Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:25-cv-02383-RSL |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Petitioner against Respondents.

DATED this 18th day of December, 2025.

                                              RAVI SUBRAMANIAN,
                                              Clerk of the Court

                                              By:  _/s/ Victoria Ericksen_
                                                           Deputy Clerk